**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
  amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Carrera Carriers, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

   8  1  –  3  9  2  1  0  0  4

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **115 Segovia Dr.**<br>Number    Street | <br>Number    Street |
| | P.O. Box |
| **Laredo**          **TX**    **78046**<br>City          State    ZIP Code | <br>City          State    ZIP Code |
| **Webb**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number    Street |
| | <br>City          State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Carrera Carriers, Inc.**                                                    Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Carrera Carriers, Inc.** _____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____   When _____   Case number _____
                                          MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____   Relationship _____

List all cases.  If more than 1, attach a separate list.

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Carrera Carriers, Inc.**                                       Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**        _____
                                 Number        Street

                                 _____

                                 _____
                                 City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name        _____

         Phone               _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Carrera Carriers, Inc.**_____  Case number (if known) _____

| | |
|---|---|
| ███ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/08/2024**_____
        MM / DD / YYYY

X  **/s/ Jesus Dominguez**_____
    Signature of authorized representative of debtor

**Jesus Dominguez**_____
Printed name

**President**_____
Title

**18.  Signature of attorney**

X  **/s/ Law Offices of Carl M. Barto**_____    Date  **01/08/2024**_____
    Signature of attorney for debtor                    MM / DD / YYYY

**Law Offices of Carl M. Barto**_____
Printed name

**Law Office of Carl M. Barto**_____
Firm name

**817 Guadalupe**_____
Number        Street

_____

**Laredo**_____  **TX**_____  **78040**_____
City                          State        ZIP Code

**(956) 725-7500**_____  **cmblaw@netscorp.net**_____
Contact phone                        Email address

**01852100**_____  **TX**_____
Bar number                        State

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

In re  **Carrera Carriers, Inc.**                                        Case No.  _____

                                                                     Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................Fixed Fee:     **$2,000.00**

Prior to the filing of this statement I have received.......................................................     **$2,000.00**

Balance Due............................................................................................................     **$0.00**

2. The source of the compensation paid to me was:
   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor          ☐ Other (specify)

4. ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION<br>I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td align="center"><u>_____01/08/2024_____</u><br><i>Date</i></td><td><u>/s/ Law Offices of Carl M. Barto _____</u><br><i>Law Offices of Carl M. Barto</i>    Bar No.  01852100<br>Law Office of Carl M. Barto<br>817 Guadalupe<br>Laredo, Texas 78040<br>Phone: (956) 725-7500 / Fax: (956) 722-6739</td></tr>
</table>

**/s/ Jesus Dominguez**
_____
*Jesus Dominguez*
*President*

**Fill in this information to identify the case:**

Debtor Name **Carrera Carriers, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B.................................................................. | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B.............................................................. | **$500.00** |
| 1c. **Total of all property** Copy line 92 from Schedule A/B.................................................................... | **$500.00** |

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$0.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F................................ | **$2,783.35** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $1,238,630.57** |

**4.** **Total liabilities**
Lines 2 + 3a + 3b........................................................................................... **$1,241,413.92**

**Fill in this information to identify the case**

Debtor name  **Carrera Carriers, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

    | $0.00 |

---

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

---

Debtor   **Carrera Carriers, Inc.**                                           Case number (if known) _____
         Name

|                                                                          | Current value of debtor's interest |
|--------------------------------------------------------------------------|-----------------------------------|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                         **$0.00**

---

**Part 3:** **Accounts receivable**

**10.** **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**11.** **Accounts receivable**                                            Current value of debtor's interest

11a.  90 days old or less: _____ – _____ = ............. ➔ _____
                          face amount          doubtful or uncollectible accounts

11b.  Over 90 days old: _____ – _____ = ............. ➔ _____
                        face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$0.00**

---

**Part 4:** **Investments**

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|                                                                          | Valuation method used for current value | Current value of debtor's interest |
|--------------------------------------------------------------------------|-----------------------------------------|-----------------------------------|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                        **$0.00**

---

**Part 5:** **Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor  **Carrera Carriers, Inc.**                                    Case number (if known) _____
_____Name_____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                              | **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                              | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Carrera Carriers, Inc.**                                    Case number (if known) _____
          <span>Name</span>

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Desk        value    $200.00**<br>**Computer  value    $200.00**<br>**Printer      value    $100.00** | | | **$500.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.                                      **$500.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                      **$0.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

Debtor    **Carrera Carriers, Inc.**                                                  Case number (if known) _____
          Name

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**

     ☒ No.  Go to Part 10.
     ☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.        **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☒ No.  Go to Part 11.
     ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

     Add lines 60 through 65.  Copy the total to line 89.        **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☐ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☐ No
     ☐ Yes

Debtor __**Carrera Carriers, Inc.**_____    Case number (if known) _____
Name

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11: All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                   **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Carrera Carriers, Inc.**                          Case number (if known) _____
          Name

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $500.00 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92....................................................................................... $500.00

**Fill in this information to identify the case:**

Debtor name __**Carrera Carriers, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☐ No
☐ Yes.  Specify each creditor, including this
   creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**
_____

**Describe the lien**
_____
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| | _____ | _____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**

   _____ **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Carrera Carriers, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $2,783.35 | $2,783.35 |

**2.1**   Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**PO Box 149935**

**Austin                TX        78714**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Carrera Carriers, Inc.**                                          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,532.30** |

**Altus Receivables Management**

**2121 Airline Drive, Ste. 520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Metairei**          **LA**     **70002**          **Business debt**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number     **6   0   3   2**     ☑ No
                                                        ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,679.66** |

**Amur Equipment Finance, Inc.**

**Attn: Docs and Funding Department**

**304 W. 3rd Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Grand Island**       **NE**     **68801**          **Business debt**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __     ☑ No
                                                        ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,615.00** |

**Anh H. Regent**

**500 Lovett Blvd. Ste. 225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**           **TX**     **77006**          **Business debt/attys fees**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number     **8   7   3   5**     ☑ No
                                                        ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,716.26** |

**Blue Bridge Financial, Inc.**

**Two Fountain Square**

**11921 Freedom Drive Ste. 1130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Reston**            **VA**     **20190**          **Business debt**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __     ☑ No
                                                        ☐ Yes

---

Debtor   **Carrera Carriers, Inc.**                              Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$90,483.40

**Commercial Fleet Financing Inc.**

**1445 Mac Arthur Dr. Ste. 216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

| **Carrollton** | **TX** | **75007** |
|---|---|---|

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$96.50

**Delaware Department of Transportation**

**PO Box 697**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

| **Dover** | **DE** | **19903-0697** |
|---|---|---|

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$102.22

**DriveERT**

**c/o Credit Collection Services**

**PO Box 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

| **Boston** | **MA** | **02205-5126** |
|---|---|---|

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1   5   3   2**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$103.35

**E-470 Public Highway Authority**

**PO Box 5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

| **Denver** | **CO** | **80217-5470** |
|---|---|---|

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **8   4   4   4**

Debtor    **Carrera Carriers, Inc.**                                    Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$74,500.00**

**EBF Holdings,LLC aka Everest Bus Funding**

**5 West 37th St. Ste. 1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**New York**          **NY    10018**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$64,000.00**

**Family Business Funding, LLC**

**101 Plaza Real, Ste. 206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Boca Raton**          **FL    33432**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$66,150.00**

**Fenix Capital Funding LLC**

**9265 4th Ave. 2nd Fl.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Brooklyn**          **NY    11209**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    4   3   8   5

☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$81,597.99**

**Financial Pacific Leasing**

**3455 S. 344th Way, Ste. 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Federal Way**          **WA    98001**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    0   3   0   1

☑ No
☐ Yes

Debtor   **Carrera Carriers, Inc.**                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                    Amount of claim

---

| 3.13 | Nonpriority creditor's name and mailing address |

**Illinois Tollway**

**PO Box 5544**

_____

**Chicago**                     **IL**        **60680-5544**

Date or dates debt was incurred        _____

Last 4 digits of account number     **i    o    u    s**

**Invoice no. 4162    108.85**
**Invoice no. 2421    263.45**
**Invoice no 4979    105.65**
**Invoice no 6603    112.10**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$590.05**

---

| 3.14 | Nonpriority creditor's name and mailing address |

**Liberty Funding LLC**

**120 Brimingham Dr. Ste. 230**

_____

**Cardiff**                     **CA      92007**

Date or dates debt was incurred        _____

Last 4 digits of account number     **8    3    0    8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$103,750.00**

---

| 3.15 | Nonpriority creditor's name and mailing address |

**Linebarger Goggan Blair & Sampson, LLP**

**Attorneys At Law**

**6 Harris Street**

**Newburyport**                 **MA      01950**

Date or dates debt was incurred        _____

Last 4 digits of account number     **i    o    u    s**

**acct no 0502    $  78.60**
**acct no 0737    $ 115.31**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$193.91**

---

Debtor   **Carrera Carriers, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.16 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$85,631.78

**m2 Equipment Finance LLC**

**Attn: Jeremy Cohn**

**175 N. Patrick Blvd. Ste. 140**

Basis for the claim:
**Business debt**

_____

**Brookfield**            **WI**      **53045**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.17 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$61.00

**Maryland Transportation Authority**

**PO Box 5060**

_____

Basis for the claim:
**Business debt**

**Middle River**          **MD**    **21220-5060**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$88.00

**Maryland Transportation Authority**

**PO Box 5060**

_____

Basis for the claim:
**Business debt**

**Middle River**          **MD**    **21220-5060**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$35.71

**Maryland Transportation Authority**

**PO Box 5060**

_____

Basis for the claim:
**Business debt**

**Middle River**          **MD**    **21220-5060**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor **Carrera Carriers, Inc.**　　　　　　　　　　Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.20** **Nonpriority creditor's name and mailing address**

Montana Commercial Credit Inc.

1106 Cental AVe.

_____

Great Falls　　　　　MT　　59401

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,481.52

---

**3.21** **Nonpriority creditor's name and mailing address**

MS Fuel Card

8595 W. 110th St.

_____

Overland Park　　　　KS　　66210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,335.55

---

**3.22** **Nonpriority creditor's name and mailing address**

Mulligan Funding, LLC

4715 Viewridge Ave. #100

_____

San Diego　　　　CA　　92123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$121,643.19

---

**3.23** **Nonpriority creditor's name and mailing address**

New Jersey E-Zpass

c/o Credit Collection Services

725 Canton Street

_____

Norwood　　　　MA　　02062

Date or dates debt was incurred _____

Last 4 digits of account number _4_ _0_ _7_ _5_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,417.05

---

Debtor    **Carrera Carriers, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.24 | **Nonpriority creditor's name and mailing address** |
|---|---|

**New York Thruway**

**c/o Violations Processing Center**

**PO Box 15186**

_____

**Albany**                    **NY**    **12212-5186**

Date or dates debt was incurred          _____

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$124.51

---

| 3.25 | **Nonpriority creditor's name and mailing address** |
|---|---|

**North Texas Tollway Authority**

**PO Box 660244**

_____

_____

**Dallas**                    **TX**    **75266-0244**

Date or dates debt was incurred          _____

Last 4 digits of account number        i   o   u   s

acct ID   157.08
acct ID    60.12
acct ID   214.22

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$431.42

---

| 3.26 | **Nonpriority creditor's name and mailing address** |
|---|---|

**OTA-Plate Pay**

**PO Box 248935**

_____

**Oklahoma City**            **OK**    **73124-8935**

Date or dates debt was incurred          _____

Last 4 digits of account number        i   o   u   s

acct ID 8587   $ 206.85
acct ID 6127   $  21.40
acct no 7608        57.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$285.45

Debtor    **Carrera Carriers, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.27 | Nonpriority creditor's name and mailing address |

**Ozark Kenworth Inc.**

**4501 College Blvd. Ste. 190**

_____

**Leawood**                **KS**        **66211-2334**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$83,714.20**

---

| 3.28 | Nonpriority creditor's name and mailing address |

**PAM PCPKC**

**PO Box 500**

_____

**Horseheads**                **NY**        **14845-0500**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**    i  o  u  s

acct no 2765   109.55
acct no 7143   109.55
acct no 0413   109.55
acct no 3720    42.20

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$370.85**

---

| 3.29 | Nonpriority creditor's name and mailing address |

**Payables Credit, Inc.**

**6500 River Place Blvd. Bldg. 7,  Ste. 25**

_____

**Austin**                **TX**        **78730**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$35,000.00**

---

Debtor   **Carrera Carriers, Inc.**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.30 | Nonpriority creditor's name and mailing address | | **$27,140.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**QuikQ**

☐ Contingent

**501 Corporate Centre Dr. Ste. 520**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Business debt**

**Franklin**      **TN**    **37067**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No

☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | **$71,024.10** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Reps Capital LLC**

☐ Contingent

**13 Tamarade Dr.**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Business debt**

**Littelton**      **CO**    **80127**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No

☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | **$67,679.66** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Simmons Bank**

☐ Contingent

**601 East 3rd St. 7th FL**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Business debt**

**Little Rock**      **AR**    **72201**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No

☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | | **$74.30** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**TPS / CCRMA**

☐ Contingent

**3461 Carmen Ave.**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Business debt**

**Rancho Viejo**      **TX**    **78575**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number **2** **0** **1** **4**

☑ No

☐ Yes

Debtor     **Carrera Carriers, Inc.**_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not list out or submit this page.                    Amount of claim

---

**3.34**   **Nonpriority creditor's name and mailing address**

**Transworld Systems Inc.**_____

**PO Box 15110**_____

_____

**Wilmington**      **DE**     **19850-5110**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    **i**    **o**    **u**    **s**

acct no 1384    330.96
acct no 4592    78.40
acct no 5834    236.88
acct no 7175    101.40
acct no 5333    804.26

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,551.90**

---

**3.35**   **Nonpriority creditor's name and mailing address**

**TxTag**_____

**PO Box 650749**_____

_____

**Dallas**      **TX**     **75265-0749**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    **i**    **o**    **u**    **s**

Acct no. 9161    $    16.57
Acct. no. 1344    $    48.65
Acct. no   6063    $1,216.70
Acct. no. 2647    $   481.45
Acct. no. 7689    $    20.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,783.77**

---

**3.36**   **Nonpriority creditor's name and mailing address**

**Valor Intelligent Processing, LLC**_____

**c/o North Texas Tollway Authority**_____

**PO Box 207899**_____

**Dallas**      **TX**     **75320-7899**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    **2**    **6**    **5**    **7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$60.12**

---

Debtor   **Carrera Carriers, Inc.**                                                      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Violation Enforcement Services**

**PO Box 1212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**                $2,378.20

| Horseheads | NY | 14845-1200 |
|---|---|---|

**Basis for the claim:**
**Business debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    i   o   u   s

**Illinois Tollway**
| Inv. no. 7616 | 485.70 |
|---|---|
| Inv. no. 5356 | 175.45 |
| Inv. no. 0020 | 93.75 |
| Inv. no  1000 | 133.50 |
| Inv. no. 0760 | 150.25 |
| Inv. no. 9735 | 389.70 |
| Inv. no. 1822 | 374.95 |
| Inv. no. 1677 | 287.15 |
| Inv. no. 5637 | 145.70 |
| Inv. no. 3940 | 142.05 |

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Violation Enforcement Services**

**PO Box 1212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,153.30

| Horseheads | NY | 14845-1200 |
|---|---|---|

**Basis for the claim:**
**Business debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

| Inv. no. 3145 | 335.65 |
|---|---|
| Inv. no. 0885 | 147.65 |
| Inv. no. 8244 | 243.05 |
| Inv. no. 1354 | 136.50 |
| Inv. no. 7813 | 138.35 |
| Inv. no. 6475 | 152.10 |

Debtor **Carrera Carriers, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.39 | Nonpriority creditor's name and mailing address |
|------|-------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**Werner Enterprises, Inc.**

**39626 Treasury Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,054.35**

**Basis for the claim:**

**Chicago**      IL      **60694-9300**      **Business debt**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6**   **5**   **4**   **7**

Debtor   **Carrera Carriers, Inc.**                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Amundsen Davis, LLC**<br>**111 E. Kilbourn Ave. Ste. 1400**<br><br>**Milwaukee          WI      53202** | Line  **3.16**<br><br>☐ Not listed.  Explain: | **1    9    6    3** |
| **4.2**  **Ariel Bouskila, Esq.**<br>**Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Ste. 101**<br><br>**Pomona              NY     10970** | Line  **3.9**<br><br>☐ Not listed.  Explain: | __  __  __  __ |
| **4.3**  **Cure Payment Recovery Solutions, LLC**<br>**PO Box 873**<br><br>**Manorville          NY     11949** | Line  **3.14**<br><br>☐ Not listed.  Explain: | __  __  __  __ |
| **4.4**  **Professional Account Management**<br>**PO Box 500**<br><br>**Horseheads          NY     14845-0500** | Line  **3.24**<br><br>☐ Not listed.  Explain: | **7    3    6    5** |

Debtor   **Carrera Carriers, Inc.**                                   Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $2,783.35 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,238,630.57 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,241,413.92** |

**Fill in this information to identify the case:**

Debtor name __**Carrera Carriers, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number _____    Chapter __**7**__
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Contract to be REJECTED | __**Financial Pacific Leasing**__ |
|---|---|---|---|
| | | | __**3455 S. 344th Way Ste. 300**__ |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | __**Federal Way**__          **WA**    **98001** |

**Fill in this information to identify the case:**

Debtor name __**Carrera Carriers, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Carrera Carriers, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/08/2024**          X **/s/ Jesus Dominguez**
      MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                 **Jesus Dominguez**
                                 Printed name
                                 **President**
                                 Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Carrera Carriers, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023** MM/DD/YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$589,371.64** |
| **For prior year:** | From **01/01/2022** MM/DD/YYYY | to | **12/31/2022** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,124,685.00** |
| **For the year before that:** | From **01/01/2021** MM/DD/YYYY | to | **12/31/2021** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,371,170.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Carrera Carriers, Inc.**             Case number (if known) _____
         Name

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **M2 Equipment Finance LLC**<br>Creditor's name<br>**Attn: Jeremy Cohn**<br>Street<br>**175 N. Patrick Blvd. Ste. 140**<br><br>**Brookfield**    **WI**    **53045**<br>City    State    ZIP Code | **2020 Volvo 760 VIN#232896** | **12/2023** | _____ |
| 5.2. | **Amur Equipment Finance, Inc.**<br>Creditor's name<br>**Attn: Docs and Funding Department**<br>Street<br>**304 W. 3rd Street**<br><br>**Grand Island**    **NE**    **68801**<br>City    State    ZIP Code | **2018 Kenworth T68**<br>**Vin# 131461** | **12/2023** | _____ |
| 5.3. | **Blue Bridge Financial, Inc.**<br>Creditor's name<br>**Two Fountain Square**<br>Street<br>**11921 Freedome Drive Ste. 1130**<br><br>**Reston**    **VA**    **20190**<br>City    State    ZIP Code | **2017 Kenworth**<br>**VIN 147387**<br><br>**2016 Kenworth T680**<br>**Vin 323344** | **12/2023** | _____ |
| 5.4. | **Commercial Fleet Financing Inc.**<br>Creditor's name<br>**1445 Mac Arthur Dr. Ste. 2016**<br>Street<br><br>**Carrollton**    **TX**    **75007**<br>City    State    ZIP Code | **2020 Peterbilt**<br>**Vin 627589** | **12/23** | _____ |
| 5.5. | **Montana Commercial Credit Inc.**<br>Creditor's name<br>**1106 Central Ave.**<br>Street<br><br>**Great Falls**    **MT**    **59401**<br>City    State    ZIP Code | **2017 Kenworth**<br>**Vin 147485** | **12/2023** | _____ |

Debtor  **Carrera Carriers, Inc.**                                                    Case number (if known) _____
        Name

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.6. | **Ozark Kenworth Inc.**<br>Creditor's name<br>**4501 College Blvd. Ste. 190**<br>Street<br><br>**Leawood**　　**KS**　**66211-2334**<br>City　　　　　　State　ZIP Code | **2020 Kenworth T680**<br>**Vin 382689** | **12/2023** | |
| 5.7. | **Payables Credit, Inc.**<br>Creditor's name<br>**6500 River Place Blvd. Bldg. 7, Ste. 25**<br>Street<br><br>**Austin**　　　**TX**　**78730**<br>City　　　　　　State　ZIP Code | **2013 Kenworth TR Model 660**<br>**Vin 361147** | **12/23** | |
| 5.8. | **Reps Capital LLC**<br>Creditor's name<br>**13 Tamarade Dr.**<br>Street<br><br>**Littelton**　　**CO**　**80127**<br>City　　　　　　State　ZIP Code | **2017 Kenworth T68**<br>**Vin 168975** | **12/2023** | |
| 5.9. | **Simmons Bank**<br>Creditor's name<br>**601 East 3rd St. 7th Fl**<br>Street<br><br>**Little Rock**　　**AR**　**72201**<br>City　　　　　　State　ZIP Code | **2016 Peterbilt 579**<br>**Vin 323317** | **10/2023** | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Civil**<br><br>**Case number**<br>**2023CV001963** | **m2 Equipment Finance LLC**<br>**vs.**<br>**Carrera Carriers, Inc.**<br>**and**<br>**Jesus Dominguez** | **Waukesha County Circuit Court**<br>Name<br><br>Street<br><br>City　　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Carrera Carriers, Inc.**          Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.2. **Civil** | **EBF Holdings, LLC d/b/a Everest Business Funding** | Name _____ | ☑ Pending |
| | **vs.** | | ☐ On appeal |
| | **Carrera Carriers, Inc.** | Street _____ | ☐ Concluded |
| | **and** | _____ | |
| **Case number** | **Jesus Dominguez** | | |
| _____ | | City      State   ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.3. **Civil** | **Fenix Capital Funding, LLC** | **In The County Court** | ☐ Pending |
| | **v.** | Name | |
| | **Carrera Carriers, Inc. dba** | **No. 2** | ☐ On appeal |
| | **Carrera Carriers Inc. RGV** | Street | ☑ Concluded |
| | **Trailer Rentals, LLC and Jesus** | **Harris County, Texas** | |
| **Case number** | **Dominguez** | | |
| **1208735** | | City      State   ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**Part 5:**    **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

Debtor   **Carrera Carriers, Inc.**                                    Case number (if known) _____
         Name

<table>
<tr><td style="background:black;color:white">**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Office of Carl M. Barto** | | **12/19/2023** | **$2,000.00** |

        **Address**

        **817 Guadalupe**
        Street
        _____

        **Laredo**            **TX**     **78040**
        City                  State    ZIP Code

        **Email or website address**
        _____

        **Who made the payment, if not debtor?**
        _____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

<table>
<tr><td style="background:black;color:white">**Part 7:**</td><td>**Previous Locations**</td></tr>
</table>

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **Carrera Carriers, Inc.**_____   Case number (if known) _____
Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
         ☐ No.  Go to Part 10.
         ☐ Yes.  Fill in below:

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Chase**<br>Name<br>**JP Morgan Chase Bank, NA**<br>Street<br>**PO Box 659754**<br><br>**San Antonio        TX    78265-9754**<br>City              State    ZIP Code | XXXX- **3   0   1   8** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **11/14/2022** | _____ |

---

Debtor      **Carrera Carriers, Inc.**                                                    Case number (if known) _____
　　　　　　　Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.2.  **Chase**
　　　　Name

　　　　**JP Morgan Chase Bank N.A.**　　XXXX- **0　3　9　1**　　☑ Checking　　**11/14/2022**　　_____
　　　　Street　　　　　　　　　　　　　　　　　　　　　　　　☐ Savings
　　　　**PO Box 659754**　　　　　　　　　　　　　　　　　　☐ Money market
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Brokerage
　　　　**San Antonio**　　　　**TX**　　**78265-9754**　　　☐ Other _____
　　　　City　　　　　　　　　State　ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.3.  **Falcon Bank**
　　　　Name

　　　　**7718 McPherson Rd.**　　　　XXXX- **9　4　2　0**　　☑ Checking　　**09/28/2023**　　**$0.00**
　　　　Street　　　　　　　　　　　　　　　　　　　　　　　　☐ Savings
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Money market
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Brokerage
　　　　**Lsredo**　　　　**TX**　　**78045**　　　　　　　　☐ Other _____
　　　　City　　　　　　　State　ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.4.  **International of Commerce**
　　　　Name

　　　　**1200 San Bernardo Ave.**　　XXXX- **0　1　8　0**　　☑ Checking　　**09/12/2023**　　**$683.52**
　　　　Street　　　　　　　　　　　　　　　　　　　　　　　　☐ Savings
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Money market
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Brokerage
　　　　**Laredo**　　　　**TX**　　**78040**　　　　　　　　☐ Other _____
　　　　City　　　　　　　State　ZIP Code

**19.  Safe deposit boxes**
　　　List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

　　　☑ None

**20.  Off-premises storage**
　　　List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

　　　☑ None

Debtor __Carrera Carriers, Inc.__          Case number (if known) _____
      Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1.  Carrera Carriers Inc. | **Trucking business** | Do not include Social Security number or ITIN. |
| Name | | |
| 115 Segovia | | EIN: _8_ _1_ – _3_ _9_ _2_ _1_ _0_ _0_ _4_ |
| Street | | |
| | | Dates business existed |
| Laredo          TX    78046 | | From  _09/22/2020_   To _o in operatio_ |
| City          State  ZIP Code | | |

Debtor  **Carrera Carriers, Inc.**                                    Case number (if known)  _____
        Name

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐  None

**Name and address**                                                  **Dates of service**

26a.1.  **Secure Plus Financial**                                     From _____  To _____
        Name
        **4002 Paredes Line Rd.**
        Street

        **Brownsville**              **TX**       **78526**
        City                         State        ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

☑  None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑  None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

☑  None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑  No.
☐  Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
       or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Jesus Dominguez** | **115 Segovia**<br>**Laredo, TX 78046** | | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
       members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑  No
☐  Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

Debtor      **Carrera Carriers, Inc.**                                    Case number (if known) _____
                    Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **Carrera Carriers, Inc.**_____    Case number (if known) _____
           Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/08/2024**_____
           MM / DD / YYYY

**X** **/s/ Jesus Dominguez**_____    Printed name **Jesus Dominguez**_____
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Carrera Carriers, Inc.**                                  CASE NO

                                                                        CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/8/2024 _____              Signature   **/s/ Jesus Dominguez** _____
                                                                        ***Jesus Dominguez***
                                                                        ***President***

Date _____              Signature   _____

Altus Receivables Management
2121 Airline Drive, Ste. 520
Metairei, LA 70002


Amundsen Davis, LLC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI 53202


Amur Equipment Finance, Inc.
Attn: Docs and Funding Department
304 W. 3rd Street
Grand Island, NE 68801


Anh H. Regent
500 Lovett Blvd. Ste. 225
Houston, TX 77006


Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
1545 U.S. 202, Ste. 101
Pomona, NY 10970


Blue Bridge Financial, Inc.
Two Fountain Square
11921 Freedom Drive Ste. 1130
Reston, VA 20190


Commercial Fleet Financing Inc.
1445 Mac Arthur Dr. Ste. 216
Carrollton, TX 75007


Comptroller of Public Accounts
PO Box 149935
Austin, TX 78714


Cure Payment Recovery Solutions, LLC
PO Box 873
Manorville, NY 11949

Delaware Department of Transportation
PO Box 697
Dover, DE 19903-0697


DriveERT
c/o Credit Collection Services
PO Box 55126
Boston, MA 02205-5126


E-470 Public Highway Authority
PO Box 5470
Denver, CO 80217-5470


EBF Holdings,LLC aka Everest Bus Funding
5 West 37th St. Ste. 1100
New York, NY 10018


Family Business Funding, LLC
101 Plaza Real, Ste. 206
Boca Raton, FL 33432


Fenix Capital Funding LLC
9265 4th Ave. 2nd Fl.
Brooklyn, NY 11209


Financial Pacific Leasing
3455 S. 344th Way, Ste. 300
Federal Way, WA 98001


Financial Pacific Leasing
3455 S. 344th Way Ste. 300
Federal Way, WA 98001


Illinois Tollway
PO Box 5544
Chicago, IL 60680-5544

Liberty Funding LLC
120 Brimingham Dr. Ste. 230
Cardiff, CA 92007


Linebarger Goggan Blair & Sampson, LLP
Attorneys At Law
6 Harris Street
Newburyport, MA 01950


m2 Equipment Finance LLC
Attn: Jeremy Cohn
175 N. Patrick Blvd. Ste. 140
Brookfield, WI 53045


Maryland Transportation Authority
PO Box 5060
Middle River, MD 21220-5060


Montana Commercial Credit Inc.
1106 Cental AVe.
Great Falls, MT 59401


MS Fuel Card
8595 W. 110th St.
Overland Park, KS 66210


Mulligan Funding, LLC
4715 Viewridge Ave. #100
San Diego, CA 92123


New Jersey E-Zpass
c/o Credit Collection Services
725 Canton Street
Norwood, MA 02062


New York Thruway
c/o Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244


OTA-Plate Pay
PO Box 248935
Oklahoma City, OK 73124-8935


Ozark Kenworth Inc.
4501 College Blvd. Ste. 190
Leawood, KS 66211-2334


PAM PCPKC
PO Box 500
Horseheads, NY 14845-0500


Payables Credit, Inc.
6500 River Place Blvd. Bldg. 7,  Ste. 25
Austin, TX 78730


Professional Account Management
PO Box 500
Horseheads, NY 14845-0500


QuikQ
501 Corporate Centre Dr. Ste. 520
Franklin, TN 37067


Reps Capital LLC
13 Tamarade Dr.
Littelton, CO 80127


Simmons Bank
601 East 3rd St. 7th FL
Little Rock, AR 72201

TPS / CCRMA
3461 Carmen Ave.
Rancho Viejo, TX 78575


Transworld Systems Inc.
PO Box 15110
Wilmington, DE 19850-5110


TxTag
PO Box 650749
Dallas, TX 75265-0749


Valor Intelligent Processing, LLC
c/o North Texas Tollway Authority
PO Box 207899
Dallas, TX 75320-7899


Violation Enforcement Services
PO Box 1212
Horseheads, NY 14845-1200


Werner Enterprises, Inc.
39626 Treasury Center
Chicago, IL 60694-9300